Church, Robert A
102 Lowery St
Enterprise, AL  36330

ANDERSON FINANCIAL NETWORK
P.O. BOX 3097
BLOOMINGTON, IL  61702

Church, Sandra K
102 Lowery St
Enterprise, AL  36330

ASSET ACCEPTANCE
RE: HOUSEHOLD BANK
P.O. BOX 2036
WARREN, MI  48090

ADVANCE AMERICA
614 BOLL WEEVIL CIRCLE
ENTERPRISE, AL  36330

BADCOCK HOME FURNITURE AND MORE
400 N GROVE ST
EUSTIS, FL  32726

ALABAMA INPATIENT MEDICINE ASSOCIAT
P.O. BOX 52007
ATLANTA, GA  30355

CARDIOLOGY ASSOCIATES P.A.
4300 W. MAIN ST. SUITE 102
DOTHAN, AL  36305-1092

ALABAMA POWER
549 GLOVER AVENUE
ENTERPRISE, AL  36330

CARDIOVASCULAR ASSOCATES OF LAKE CO
1879 NIGHTINGALE LANE, STE C-1
TAVARES, FL  32778-4363

ALL-SECURE STORAGE LLC
621 HUFFSTETLER ROAD
EUSTIS, FL  32726-6292

CAVALRY PORTFOLIO SERVICES
RE: SPRINT PCS
P.O.BOX 27288
TEMPE, AZ  85285

ALLIED INTERSTATE
RE: EMBARQ COPORATION
3000 CORPORATE EXCHANGE DRIVE
COLUMBUS, OH  43231

CAVALRY PORTFOLIO SERVICES
RE: AT T
P.O. BOX 27288
TEMPE, AZ  85285

AMSHER COLLECTION SERVICE
RE: CB&T OF SE ALABAMA
600 BEACON PKWY W SUITE 300
BIRMINGHAM, AL  35209-3120

CAVALRY PORTFOLIO SERVICES, LLC
RE: FORD CREDIT US
P.O. BOX 27288
TEMPE, AZ  85282-7288

| | |
|---|---|
| CCB INCORPORATED<br>RE: PARAGON CONTRACTING SERV INC<br>5300 S 6TH STREET RD<br>SPRINGFIELD, IL  62703 | HOLLOWAY CREDIT SOLUTION<br>PO BOX 6441<br>DOTHAN, AL  36302 |
| CMI<br>C/O CHARTER COMMUNICATION<br>PO BOX 118288<br>CARROLTON, TX  75007 | HOLLOWAY CREDIT SOLUTIONS<br>RE: SAWYER SURGERY CENTER<br>P.O. BOX 6441<br>DOTHAN, AL  36302 |
| CMI<br>C/O CHARTER COMMUNICATION<br>PO BOX 118288<br>CARROLTON, TX  75011 | INTERNAL REVENUE SERVICE<br>MAIL STOP 126<br>801 TOM MARTIN DRIVE<br>BIRMINGHAM, AL  35211 |
| COLLECTION COMPANY OF AMERICA<br>RE: SPRINT PCS<br>700 LONGWATER DR.<br>NORWELL, MA  02061-1624 | J.C. CHRISTENSEN AND ASSOCIATES, IN<br>RE: WAL-MART<br>P.O. BOX 519<br>SAUK RAPIDS, MN  56379 |
| CREDIT COLLECTION SERVICES<br>RE: GMCS-ALLIANCE EM GROUP<br>164 S MAIN ST<br>MADISON, GA  30650 | JONES FINANCE<br>P.O. BOX 550<br>DALEVILLE, AL  36322 |
| DONALD WHITE<br>UNKNOWN<br>ASTATULA, FL  34705 | LABCORP<br>P.O. BOX 2240<br>BURLINGTON, NC  27216-2240 |
| ENTERPRISE RESCUE, INC.<br>P.O. BOX 311190<br>ENTERPRISE, AL  36331-1441 | LCA COLLECTION<br>PO BOX 2240<br>BURLINGTON, NC  27216 |
| FLOWERS HOSPITAL<br>P.O. BOX 404782<br>ATLANTA, GA  30384-4782 | LCA COLLECTIONS<br>P.O. BOX 2240<br>BURLINGTON, NC  27216-2240 |

```
LEWIS, BRACKIN, FLOWERS & JOHNSON      MEDICAL DATA SYSTEMS, INC.
RE: SOUTHEAST ALABAMA MEDICAL CENTE    RE : MEDICAL CENTER ENTERPRISE
P.O. BOX 1165                          128 W. CENTER AVE, FL 2
DOTHAN, AL  36302                      SEBRING, FL  33870



M J ALTMAN COMPANIES INC               MEDICAL DATA SYSTEMS, INC.
RE: SUMTER ELECTRIC COOPERATIVE        128 W. CENTER AVE, FL 2
112 E FORT KING ST                     SEBRING, FL  33870
OCALA, FL  34471



MEDCLEAR INC                           MIDLAND CREDIT MANAGEMENT
507 PRUDENTIAL RD.                     RE: TRIBUTE MASTERCARD
HORSHAM, PA  19044-2308                8875 AERO DRIVE
                                       SAN DIEGO, CA  92123



MEDICAL CENTER EMERGENCY PHYSICIANS    MIDLAND CREDIT MANAGEMENT, INC
P.O. BOX 740022                        RE: WELLS FARGO BANK
CINCINNATI, OH  45274-0022             DEPARTMENT 8870
                                       LOS ANGELES, CA  90084-8870



MEDICAL CENTER ENTERPRISE              NCO-MEDCLR
400 N. EDWARDS ST.                     RE: PARAGON CONTRACTING
ENTERPRISE, AL  36330                  PO BOX 8547
                                       PHILADELPHIA, PA  19101



MEDICAL DATA SYSTEMS                   NCO-MEDCLR
RE: MEDICAL CENTER ENTERPRISE          PO BOX 8547
128 W CENTER AVE, FL2                  PHILADELPHIA, PA  19101
SEBRING, FL  33870



MEDICAL DATA SYSTEMS                   PATRICIA CONOVER
RE :MEDICAL CENTER ENTERPRISE          ASST U.S. ATTORNEY
128 W CENTER AVE, FL2                  P.O. BOX 197
SEBRING, FL  33870                     MONTGOMERY, AL  36106



MEDICAL DATA SYSTEMS INC.              PLANTATION BILLING CENTER
RE: MEDICAL CENTER ENTERPRISE          P.O. BOX 189016
128 W CENTER AVE FL 2                  PLANTATION, FL  33318-9016
SEBRING, FL  33870
```

PORTFOLIO RECOVERY ASSOCIATES
RE :HSBC
120 CORPORATE BLVD STE 100
NORFOLK, VA  23502-4962

SOUTHERN FAST LOANS OF ALABAMA
D/B/A CASH COW
1000 RUCKER BLVD.
ENTERPRISE, AL  36330

PRESTIGE HOMES
529-B BOLL WEEVIL CIRCLE
ENTERPRISE, AL  36330

TIME WARNER CABLE
P.O. BOX 371808
PITTSBURGH, PA  15250-7808

QUALITY COLECTIONS
RE: FL DIAGNOSTIC IMAGING
P.O. BOX 149281
ORLANDO, FL  32814

WAREHOUSE HOME FURNISHINGS
DBA FARMER'S FURNITURE
913 RUCKER BLVD
ENTERPRISE, AL  36330

RADIOLOGY ASSOCIATES OF DOTHAN
2015 ALEXANDER DR.
DOTHAN, AL  36301

REGENCY MANAGEMENT
P.O. BOX 311132
ENTERPRISE, AL  36331

ROBINSON, REAGAN & YOUNG, P.L.L.C.
RE :CENTURYTEL
260 CUMBERLAND BEND
NASHVILLE, TN  37228-1804

SOUTHEAST ALABAMA MEDICAL CENTER
MEDNET SERVICES
P.O. BOX 1928
DOTHAN, AL  36302

SOUTHEAST ALABAMA MEDICAL CENTER
P.O. BOX 6987
DOTHAN, AL  36301

**United States Bankruptcy Court**
**Middle District of Alabama**

IN RE:  Case No. _____

**Church, Robert A & Church, Sandra K**  Chapter **13**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 3, 2009**  Signature: */s/ Robert A Church*
  **Robert A Church**  Debtor

Date: **June 3, 2009**  Signature: */s/ Sandra K Church*
  **Sandra K Church**  Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Middle District of Alabama

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Church, Robert A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Church, Sandra K** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba Bob's Roofing & Home Improvements** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**Sandra Kay Church** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2421** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3563** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**102 Lowery St**<br>**Enterprise, AL**<br>ZIPCODE **36330** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**102 Lowery St**<br>**Enterprise, AL**<br>ZIPCODE **36330** |
| County of Residence or of the Principal Place of Business:<br>**Coffee** | County of Residence or of the Principal Place of Business:<br>**Coffee** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Church, Robert A & Church, Sandra K** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X */s/ Michael D. Brock*     6/03/09
Signature of Attorney for Debtor(s)     Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Church, Robert A & Church, Sandra K**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Robert A Church*
Signature of Debtor — **Robert A Church**

X */s/ Sandra K Church*
Signature of Joint Debtor — **Sandra K Church**

Telephone Number (If not represented by attorney)

**June 3, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Michael D. Brock*
Signature of Attorney for Debtor(s)

**Michael D. Brock BRO152**
**Brock and Stout**
**P.O. Drawer 311167**
**Enterprise, AL 36331-1167**

**June 3, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*